JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| U.S. Bank National Association,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>NBA Automotive, Inc., d/b/a Nissani Bros. Chevrolet and/or Hooman Chevrolet,<br><br>　　　　　Defendant. | CASE NO. 2:19-CV-06868-PA-(PJWx)<br><br>[Assigned to the Honorable Judge Percy Anderson]<br><br>**ORDER APPROVING PARTIES' STIPULATION FOR DISMISSAL WITH PREJUDICE** |

Before the Court is Plaintiff U.S. Bank National Association's and Defendant NBA Automotive, Inc., d/b/a Nissani Bros. Chevrolet and/or Hooman Chevrolet's Stipulation for Dismissal with Prejudice.  For good cause shown, the Stipulation for Dismissal with Prejudice is **APPROVED**.  Plaintiff's Complaint is hereby dismissed with prejudice.  This action shall be administratively closed. Each party shall bear its own costs, expenses, and attorneys' fees.  Plaintiff's Motion for Summary Judgment (ECF No. 56) is hereby **DENIED** as moot.  All scheduled deadlines are **VACATED**.

**IT IS SO ORDERED.**

Dated:  August 18, 2020

_____
The Honorable Percy Anderson
United States District Judge